IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Brighthouse Life Insurance Company, | ) | Civil Action No. 3:20-cv-01856-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING CONSENT** |
| | ) | **MOTION FOR DEPOSIT AND** |
| Edgar C. Godfrey, III, and Lucille M. Godfrey, | ) | **DISCHARGE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**BEFORE THE COURT** is the Motion of Plaintiff, Brighthouse Life Insurance Company (hereinafter "Brighthouse"), seeking an Order permitting it to deposit with the Clerk of Court the proceeds from a life insurance policy and for discharge. (ECF No. 31.) The court is informed that both Defendants consent to the Motion. (*Id.* at 1, 4 ¶ 14.) Having considered Plaintiff's Motion and the Complaint for Interpleader and exhibits thereto (ECF Nos. 1, 1-1–1-10), the court finds that the requested relief is appropriate under the circumstances and hereby **GRANTS** the Motion.

**ACCORDINGLY, IT IS ORDERED THAT** Brighthouse is permitted to deposit the disputed funds payable under Policy No. 20*******USU, plus interest, into the registry of the court for ultimate distribution by order of this court. Defendants are enjoined and restrained from commencing any future action against Brighthouse regarding the insurance policy at issue, and Brighthouse is discharged from any and all liability under Policy No. 20*******USU. Further, because he has not voiced any opposition to Plaintiff's request for their dismissal in the Motion, the counterclaims of Defendant Edgar C. Godfrey, III against Brighthouse are hereby dismissed, with prejudice. (*See* ECF No. 8 at 4 ¶ 30–6 ¶ 46.) Upon payment into the registry of the court of the death benefit proceeds, plus interest, Brighthouse is dismissed as a party to this action, with

prejudice. Because, as expressed in the Consent Motion, Brighthouse has withdrawn its request for attorneys' fees and costs, no attorneys' fees or costs are being awarded to Brighthouse. (*See* ECF No. 31 at 4 ¶ 15.)

The court **DIRECTS** the Clerk of Court to accept the deposit of $100,000.00, plus all accrued interest, and place the sum received in an interest-bearing instrument in accordance with Local Civil Rule 67.01(B) (D.S.C.).

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

January 21, 2021
Columbia, South Carolina