# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| In Re: Edgar C. Godfrey, III, *et al*. | Civil Action No.: 3:20-cv-01856-JMC |
| | **ORDER AND OPINION** |

The court previously dismissed this matter without prejudice for lack of subject matter jurisdiction, with leave for the parties to refile in state court. (*See* ECF No. 43.) By Joint Status Report, the parties have requested that the interpleader funds currently in the Registry related to the instant action be transferred to the Clerk of Court's Office for the Court of Common Pleas, Clarendon County, South Carolina. (*See* ECF No. 45.) The court therefore **ORDERS** that such funds shall be transferred to and held in the Clerk of Court's Office for the Court of Common Pleas, Clarendon County, South Carolina.

**IT IS SO ORDERED**.

*J. Michelle Childs*

United States District Judge

March 22, 2021
Columbia, South Carolina

1