AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Brighthouse Life Insurance Company
*Plaintiff*
v.                                   Civil Action No.   3:20-01856-JMC

Edgar C. Godfrey, III, and Lucille M. Godfrey
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: this case is dismissed without prejudice for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having dismissed plaintiff, Brighthouse as a party to this action with prejudice and further dismissed counterclaims of defendant, Edgar C. Godfrey, III against plaintiff, Brighthouse with prejudice and sua sponte dismissed the case without prejudice as to defendant, Lucille M. Godfrey against co-defendant, Edgar C. Godfrey, III for lack of subject matter jurisdiction.

Date:  March 22, 2021                                   *CLERK OF COURT*

                                                        s/Angie Snipes
                                                        *Signature of Clerk or Deputy Clerk*